# UNITED STATES DISTRICT COURT

Southern District of New York

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Roger Lee | |

Case No.   1: S26 04cr0048-16 (JSR)

USM No.   57495-054

Michael Sporn, Esq.
<br>Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   2, 5, 6   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession of a Narcotic ("Crack") with Intent to Sell | 11/20/2010 |
| 5 | Failure to Attend Substance Abuse Treatment Program | 10/25/2011 |
| 6 | Failure to Notify - Change in Address | 11/15/2011 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)   1, 3, 4   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6132

Defendant's Year of Birth:   1983

City and State of Defendant's Residence:
<br>Fresh Meadows, N.Y.

09/06/2012
<br>Date of Imposition of Judgment

_[signature]_
<br>Signature of Judge

Hon. Jed S. Rakoff,                          U.S.D.J.
<br>Name and Title of Judge

9/16/12
<br>Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  | Judgment — Page __2__ of __2__ |

DEFENDANT: Roger Lee
CASE NUMBER: 1: S26 04cr0048-16 (JSR)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

1 (one) YEAR to run concurrent on all charges. The defendant's previous term of supervision is revoked

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL